AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:37 pm, Feb 18, 2026

| United States of America | ) |
| v. | ) Case: 1:26-mj-00034 |
| Carter Camacho | ) Assigned To: Judge Harvey, G. Michael |
|  | ) Assign. Date: 2/18/2026 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Carter Camacho__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(1)(A)(i) (Unlawful Possession of a Firearm on Capitol Grounds or Buildings).

Date: 02/18/2026

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 18 Feb 2026, and the person was arrested on *(date)* 18 Feb 2026
at *(city and state)* Washington, DC.

Date: 18 Feb 2026

*Arresting officer's signature*

Daniel G. Dalton
*Printed name and title*